UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**26-CR-60088-DIMITROULEAS/HUNT**

CASE NO._____

16 U.S.C. § 3372(a)(1)
16 U.S.C. § 3373(d)(1)(B)
16 U.S.C. § 3374

UNITED STATES OF AMERICA

v.

BOISE CASCADE COMPANY,

Defendant.
_____/

FILED BY_____BM_____D.C.

Apr 9, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INFORMATION

The United States Attorney charges:

## GENERAL ALLEGATIONS

At all times relevant to this Information:

### Relevant Laws

Lacey Act

1.      The Lacey Act, Title 16, United States Code, Section 3371 et seq., was the United States' oldest wildlife protection statute. In 2008, the Lacey Act was amended to expand its protections to plants illegally harvested outside of the United States, among other things, due primarily to the extent and impacts of illegal logging. The new provisions at Title 16, United States Code, Sections 3372(f)(l) and (d)(3)(A)(i), made it a crime for any person to knowingly import any plant product, including plywood, unless the person filed upon importation a declaration that contained, in relevant part, the genus and species of the wood, and the country(ies) where the wood was harvested. Such declarations: (1) served as a tool for combatting the illegal trade in timber and timber products by ensuring importers provided required information; (2) were used to monitor

compliance with Lacey Act prohibitions; and (3) were required to be submitted to the U.S. Department of Agriculture. 7 C.F.R. § 357.3(c); 85 Fed. Reg. 12207 (March 2, 2020).

2.       The Lacey Act, Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(1)(B), made it a crime for a person (defined to include a corporation) to knowingly transport, sell, receive, acquire, or purchase any plant (including wood products such as plywood) knowing the plant was transported (including imported) in violation of any plant-related law or regulation of the United States.

3.       "Plant" and "plants" mean any wild member of the plant kingdom, including roots, seeds, parts, or products thereof, and including trees from either natural or planted forest stands.

### Import Laws and Duties

4.       At various times, the United States government imposed countervailing and anti-protectionist duties on goods imported into the United States to prevent foreign countries from selling goods at uncompetitive prices in the United States. Countervailing duties are tariffs levied on imported goods to offset subsidies made to producers of those goods in the foreign country. Anti-dumping duties are protectionist tariffs that a domestic government imposes on foreign imports that it believes are priced below fair market value.

5.       Title 18, United States Code, Section 545 made it a crime to knowingly import or bring into the United States, any merchandise contrary to law, or receive, conceal, buy, sell, or in any manner facilitate the transportation, concealment, or sale of such merchandise after importation, knowing the same to have been imported or brought into the United States contrary to law.

6.       Title 18, United States Code, Section 542 made it a crime to enter or introduce, or attempt to enter or introduce, into the commerce of the United States any imported merchandise

2

by means of any fraudulent or false invoice, declaration, affidavit, letter, paper, or by means of any false statement, written or verbal, or by means of any false or fraudulent practice or appliance, or to make any false statement in any declaration without reasonable cause to believe the truth of such statement, or procure the making of any such false statement as to any matter material thereto without reasonable cause to believe the truth of such statement, whether or not the United States was or could be deprived of any lawful duties.

## Defendant

7.     Boise Cascade Company was a company that manufactured wood products and acted as a wholesaler of building materials. It was incorporated in Delaware and registered to do business in Florida, with a principal address in Boise, Idaho.

8.     Boise Cascade Company operated a timber distribution center in Pompano Beach, Florida, in the Southern District of Florida.

## Lacey Act Trafficking
### (16 U.S.C. § 3372(a)(1) and 16 U.S.C. § 3373(d)(1)(B))

9.     Beginning in or around November 2017, and continuing through on or about February 15, 2021, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

## BOISE CASCADE COMPANY,

did knowingly engage in conduct that involved the sale and purchase of plants with a market value in excess of $350, that is, plywood manufactured in China, and did knowingly transport, receive and acquire said plants, knowing that the plants were transported, specifically imported, in violation of, and in a manner unlawful under, a law and regulation of the United States, specifically Title 18, United States Code, Sections 545 and 542, and Title 16, United States Code, Section 3372(f)(1).

3

All in violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(1)(B).

## FORFEITURE ALLEGATIONS

1.      The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **BOISE CASCADE COMPANY**, has an interest.

2.      Upon conviction of a violation of Title 16, United States Code, Section 3372, as alleged in this Information, the defendant shall forfeit the following to the United States, pursuant to Title 16, United States Code, Section 3374:

a.      Any and all fish or wildlife or plants imported, exported, transported, sold, received, acquired or purchased contrary to Title 16, United States Code, Section 3372; and

b.      All vessels, vehicles, aircraft, and other equipment used to aid in the importing, exporting, transporting, selling, receiving, acquiring, or purchasing of fish or wildlife or plants if (A) the owner of such vessel, vehicle, aircraft, or equipment was at the time of the alleged illegal act a consenting party or privy thereto or in the exercise of due care should have known that such vessel, vehicle, aircraft, or equipment would be used in a criminal violation, and (B) the violation involved the sale or purchase of, the offer of sale or purchase of, or the intent to sell or purchase, fish or wildlife or plants.

4

All pursuant to Title 16, United States Code, Section 3374, and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

on behalf of

ELIZABETH HANNAH
ASSISTANT UNITED STATES ATTORNEY

ADAM R.F. GUSTAFSON
PRINCIPAL DEPUTY ASSIST. ATTY. GEN.
UNITED STATES DEPARTMENT OF JUSTICE

EMILY R. STONE
TRIAL ATTORNEY

5

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

BOISE CASCADE COMPANY,

_____/
Defendant.

CASE NO.: **26-CR-60088-DIMITROULEAS/HUNT**

**CERTIFICATE OF TRIAL ATTORNEY**

**Court Division** (select one)

☐ Miami   ☐ Key West   ☐ FTP
☑ FTL     ☐ WPB

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No___
   List language and/or dialect: _____

4. This case will take __0__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   ☑ 0 to 5 days
   II  ☐ 6 to 10 days
   III ☐ 11 to 20 days
   IV  ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No___
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No___
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes___
   If yes, Judge Beth Bloom _____ Case No. 21cr20245-BLOOM; 23cr20413-ALTONAGA___
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No___
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No___
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No___
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? Yes___
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No___

By: _____
Elizabeth Hannah
Assistant United States Attorney
SDFL Court ID No.   A5503171

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: BOISE CASCADE COMPANY

**Case No**: _____

Count #: 1

Lacey Act Trafficking

Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(1)(B)

* **Max. Term of Imprisonment:** N/A
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 5 years' probation
* **Max. Fine:** $500,000 or twice the gross gain or twice the gross loss

*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. **26-CR-60088-DIMITROULEAS/HUNT** |
| BOISE CASCADE COMPANY, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____ _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

ERIC R. BRESLIN
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*