**CONSENT RESOLUTION IN LIEU OF A SPECIAL MEETING
OF THE BOARD OF DIRECTORS OF
BOISE CASCADE COMPANY**

The undersigned, being all of the members of the Board of Directors of Boise Cascade Company, a Delaware corporation ("Boise Cascade" or the "corporation"), do hereby adopt the resolution set forth below by written consent in lieu of a special meeting:

WHEREAS, counsel for the corporation has proposed settling the criminal investigation of the corporation by the United States Department of Justice and the Office of the United States Attorney for the Southern District of Florida and have requested approval of the Plea Agreement submitted to the Board for review and consideration, a copy of which is attached hereto (the "Plea Agreement"); and

WHEREAS, a criminal investigation has been conducted against the corporation concerning a broker that unlawfully imported hardwood plywood then sold it to the corporation; and

WHEREAS, the United States Attorney's Office for the Southern District of Florida proposed to resolve this matter with a guilty plea by this corporation to one count of violating the Lacey Act, 16 U.S.C. Section 3372; and

WHEREAS, the parties are desirous of settling this matter upon the terms and conditions set forth in the Plea Agreement which has been fully explained to this corporation; and

WHEREAS, this corporation has been advised by its attorneys of the nature of the charge to which it agrees to enter its guilty plea.

NOW, THEREFORE, BE IT RESOLVED: That counsel and/or an authorized representative of management for this corporation, is hereby authorized and directed to enter a guilty plea on behalf of the corporation to the charge set forth in the proposed Plea Agreement; and

RESOLVED, FURTHER: That Management of the Company is hereby authorized and directed to make the necessary payments in a timely manner in the amount due as set forth in the Plea Agreement.

Signatures on next page:

Thomas E. Carlile
_____
Thomas E. Carlile

Craig O. Dawson
_____
Craig O. Dawson

David H. Hannah
_____
David H. Hannah

Nathan R. Jorgensen
_____
Nathan R. Jorgensen

Duane McDougall
_____
Duane C. McDougall

Sue Y. Taylor
_____
Sue Y. Taylor

Steven C. Cooper
_____
Steven C. Cooper

Karen E. Gowland
_____
Karen E. Gowland

Amy E. Humphreys
_____
Amy E. Humphreys

_____
Kristopher J. Matula

_____
Christopher J. McGowan

**D docusign.**

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 461D9EEC-53DE-46F6-BE37-D825F72808CE | | Status: Completed |
| Subject: Complete with Docusign: Board Consent Resolution_Horizon Plywood | | |
| Source Envelope: | | |
| Document Pages: 12 | Signatures: 11 | Envelope Originator: |
| Certificate Pages: 6 | Initials: 0 | Adrianne Barber |
| AutoNav: Enabled | | 1111 W Jefferson |
| EnvelopeId Stamping: Enabled | | Suite 300 |
| Time Zone: (UTC-07:00) Mountain Time (US & Canada) | | Boise, ID 83728 |
| | | AdrianneBarber@BC.com |
| | | IP Address: 136.226.54.200 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Adrianne Barber | Location: DocuSign |
| 4/20/2026 9:43:15 AM | AdrianneBarber@BC.com | |

## Signer Events

| Signer Events | Signature | Timestamp |
|---|---|---|
| Amy E. Humphreys<br>amyehumphreys@gmail.com<br>Board Director<br>Security Level: Email, Account Authentication (None) | *Amy E. Humphreys*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 204.63.209.1 | Sent: 4/20/2026 9:51:40 AM<br>Viewed: 4/20/2026 9:53:45 AM<br>Signed: 4/20/2026 9:53:53 AM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 2/7/2024 2:22:06 PM<br>ID: 29e96274-6cb0-4d14-a3e4-933a8bae5064 | | |
| Christopher J. McGowan<br>chris@cjmventures.com<br>Vice President<br>Security Level: Email, Account Authentication (None) | *C. Mo*<br><br>Signature Adoption: Drawn on Device<br>Using IP Address:<br>2607:fb90:9b09:c6f6:91a0:8005:cb7c:5993<br>Signed using mobile | Sent: 4/20/2026 9:51:41 AM<br>Viewed: 4/20/2026 10:32:19 AM<br>Signed: 4/20/2026 10:32:26 AM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 4/20/2026 10:32:19 AM<br>ID: 6225ea89-6870-400e-9d1d-202ff04ea0b9 | | |
| Craig O. Dawson<br>craig@retaillockbox.com<br>President<br>Security Level: Email, Account Authentication (None) | *Craig O. Dawson*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 205.170.35.254 | Sent: 4/20/2026 9:51:42 AM<br>Viewed: 4/20/2026 3:26:50 PM<br>Signed: 4/20/2026 3:26:58 PM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 4/20/2026 3:26:50 PM<br>ID: 4dcf6004-2d3b-47a4-ae4f-c94171228a13 | | |
| David H. Hannah<br>david.h.hannah@gmail.com<br>Security Level: Email, Account Authentication (None) | *David H. Hannah*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address:<br>2603:8000:8400:9167:65ac:4f4d:1111:50b1 | Sent: 4/20/2026 9:51:42 AM<br>Viewed: 4/20/2026 3:55:38 PM<br>Signed: 4/20/2026 3:57:07 PM |

**Electronic Record and Signature Disclosure:**

| Signer Events | Signature | Timestamp |
|---|---|---|
| Accepted: 2/7/2024 10:59:53 AM<br>ID: 726fad87-b0d6-47b0-a8fe-e8a7fe4b1942 | | |
| Duane C. McDougall<br>duanemcdougall@gmail.com<br>Security Level: Email, Account Authentication (None)<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 2a04:4e41:2605:b30a::4a39:f30a | | Sent: 4/20/2026 9:51:43 AM<br>Viewed: 4/20/2026 9:53:43 AM<br>Signed: 4/20/2026 9:53:58 AM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 4/20/2026 9:53:43 AM<br>ID: c3a58692-3199-4f52-b415-4c7521035f92 | | |
| Karen E. Gowland<br>karenegowland@gmail.com<br>Security Level: Email, Account Authentication (None)<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 24.116.108.52 | | Sent: 4/20/2026 9:51:43 AM<br>Viewed: 4/20/2026 9:54:54 AM<br>Signed: 4/20/2026 9:55:12 AM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 4/20/2026 9:54:54 AM<br>ID: 8f8d63af-e905-41f3-b0b7-6a475a025a35 | | |
| Kristopher J. Matula<br>matulakris@att.net<br>Chair of Compensation Committee<br>Security Level: Email, Account Authentication (None)<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 99.20.210.181<br>Signed using mobile | | Sent: 4/20/2026 9:51:44 AM<br>Viewed: 4/20/2026 1:01:36 PM<br>Signed: 4/20/2026 1:02:08 PM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 4/20/2026 1:01:36 PM<br>ID: 021fbc08-32c1-4eea-9098-43920eec36a9 | | |
| Nathan R. Jorgensen<br>naterjorgensen@bc.com<br>BCC Board<br>Security Level: Email, Account Authentication (None)<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 160.3.204.74 | | Sent: 4/20/2026 9:51:44 AM<br>Viewed: 4/20/2026 10:16:27 AM<br>Signed: 4/20/2026 10:16:49 AM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 4/20/2026 10:16:27 AM<br>ID: 2df22e9d-c26e-49ed-83c0-cf272083ace9 | | |
| Steven C. Cooper<br>steve.cooper.911@gmail.com<br>Security Level: Email, Account Authentication (None)<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 75.169.146.61<br>Signed using mobile | | Sent: 4/20/2026 9:51:45 AM<br>Resent: 4/20/2026 4:10:03 PM<br>Viewed: 4/20/2026 4:12:55 PM<br>Signed: 4/20/2026 4:13:04 PM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 4/20/2026 4:12:55 PM<br>ID: d9a1a08c-10cc-4394-b95b-8b879a21842f | | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Sue Y. Taylor<br>tayloryen@gmail.com<br>Security Level: Email, Account Authentication (None) | *Sue Y. Taylor*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address:<br>2601:601:a502:18e0:18de:cac6:8d14:1747 | Sent: 4/20/2026 9:51:45 AM<br>Viewed: 4/20/2026 3:49:50 PM<br>Signed: 4/20/2026 3:50:19 PM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 4/20/2026 3:49:50 PM<br>    ID: 28556b2f-9a89-407f-b8a8-27bbca2ff53b | | |
| Thomas E. Carlile<br>tomcarlile@bc.com<br>Security Level: Email, Account Authentication (None) | *Thomas E. Carlile*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 65.129.155.71<br>Signed using mobile | Sent: 4/20/2026 9:51:45 AM<br>Viewed: 4/20/2026 11:35:01 AM<br>Signed: 4/20/2026 11:36:55 AM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 4/20/2026 11:35:01 AM<br>    ID: 80bd47a6-ce06-46e0-bbe7-3457787b9695 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 4/20/2026 9:51:46 AM |
| Certified Delivered | Security Checked | 4/20/2026 11:35:01 AM |
| Signing Complete | Security Checked | 4/20/2026 11:36:55 AM |
| Completed | Security Checked | 4/20/2026 4:13:04 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

| Electronic Record and Signature Disclosure |
|---|